35 So.2d 916

Lewis J. BROOKS v. James W. HUSSEY.

4 Div. 56.

Court of Appeals of Alabama.

April 20, 1948.

BRICKEN, Presiding Judge.

Appeal dismissed by consent.

35 So.2d 916

C. J. BROWN v. STATE.

4 Div. 870.

Court of Appeals of Alabama.

May 18, 1948.

J. W. Brassell, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed. See also, 250 Ala. p. 444, 35 So.2d 518.

29 So.2d 893

Louise BROWN v. STATE.

3 Div. 881.

Court of Appeals of Alabama.

Jan. 7, 1947.

H. L. Foster, of Montgomery, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

35 So.2d 916

Luther C. BROWN v. Carl GANN.

8 Div. 649.

Court of Appeals of Alabama.

May 20, 1948.

PER CURIAM.

Appeal dismissed, want of prosecution.

35 So.2d 917

Wiley H. BURDETTE v. STATE.

6 Div. 637.

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed, but remanded for proper sentence in accordance with the provisions of Code 1940, Title 15, §§ 341, 342.

32 So.2d 174

Harry John BURKE v. STATE.

6 Div. 445.

Court of Appeals of Alabama.

April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.